IN THE UNTIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| PERRY SINGO, | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 3:08cv-0514 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| JOE EASTERLING, | ) | |

# ORDER

Based upon the Order reopening this action, the Federal Public Defender is given twenty (20) days from the date of this Order to file an amended petition, if necessary.

The Respondent is **ORDERED** to file a response to this petition within twenty (20) days from the date of entry of the filing of an amended petition and pursuant to Rule 5 of the Rules Governing § 2254 Cases, the Respondent's shall file: "[W]hat transcripts (of pretrial, trial, sentencing; or post-conviction proceedings) are available, when they can be furnished, and what proceedings have been recorded, but not transcribed. The respondent must attach to the answer parts of the transcripts that the respondent considers relevant". In addition, upon Petitioner's motion, the Court " may order that the respondent furnish other parts of existing transcripts or that parts of untranscribed recordings be transcribed and furnished. If a transcript cannot be obtained, the respondent may submit a narrative summary of the evidence." Id.. The Respondent has the responsibility to provide these records. Griffin v. Rogers, 308 F.3d 647, 654 (6th Cir. 2002).

Within fifty (50) days from the date of entry of this Order, the parties' counsel shall file a joint statement of their respective positions on: (a) the need for discovery, discovery deadlines, the specific discovery sought and why such discovery was not pursued in the state courts; (b) the necessity for an evidentiary hearing with a statement of the claim(s) for which such a hearing is

necessary and why an evidentiary hearing on the claims(s) was not pursued in the state court; and (c) listing of each claim in the federal habeas petition that Respondent contends, is subject to procedural default and the independent rules upon which the Respondent relies for his procedural default contentions.

Within thirty (30) days after the filing of the state record, Petitioner shall file a summary of the state court record, on the following subjects in the order set forth below:

1. A quotation of the findings of the appellate court on the Petitioner's direct appeal setting forth the factual bases of the Petitioner's conviction;

2. A quotation from the Appellant's brief in Petitioner's direct appeal of the issues presented with citation to the page(s) of the brief for the federal law relied upon for each claim as well as citation to any other portion of the Appellant's brief or the appellate court's opinion(s) that Petitioner's relies upon for his claim(s) in this action with citations of federal decisions presented to or cited by the state court. Petitioner shall also list the specific pages of the Appellant's brief and/or the state court opinion for those federal decisions;

3. A quotation of the findings of the appellate court on the Petitioner's post-conviction appeal setting forth its factual findings on the Petitioner's post-conviction petition;

4. A quotation from the Appellant's brief of the issues presented in any post-conviction appeal with citation to the page(s) of the brief for the federal law relied upon for each claim as well as any other portion of the Appellant's brief or the appellate court's opinion that is the basis for any claim(s) in this action with citations of the federal decisions presented to the state courts. Petitioner shall also list the specific pages of the Appellant's brief or the state court opinion for those citations; and.

5. For each claim in the federal habeas petition, Petitioner shall state the specific claim and set forth the specific reasons why the State Courts' decision is unreasonable with page citations to the state record and any decision upon which the Petitioner relies

Within twenty (20) days from the date of the filing of the Petitioner's statement, the Respondent

shall file his response, if any.

It is so **ORDERED** this the \_\_\_\_5th\_\_\_ day of \_\_May\_\_ 2011.

                                                          WILLIAM J. HAYNES, JR.
                                                          United States District Judge